UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRUMFIELD, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-06802-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION; RESETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 13 |

　　　　Good cause being shown, Plaintiff's request for an extension of time to file his opposition is GRANTED. Dkt. No. 13. The Court resets the briefing schedule as follows. By May 23, 2022, Defendants shall file their dispositive motion. By August 23, 2022, Plaintiff shall file his opposition to the dispositive motion with the Court and serve it upon Defendants. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

　　　　This order terminates Dkt. No. 13.

　　　　**IT IS SO ORDERED.**

Dated: 5/16/2022

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge