UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>BRUMFIELD, et al.,<br><br>  Defendants. | Case No. 21-cv-06802-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 16 |

Good cause being shown, Plaintiff's request for a second extension of time to file his opposition is GRANTED. Dkt. No. 16. Plaintiff shall file his opposition by October 10, 2022. Plaintiff shall file his opposition to the dispositive motion with the Court and serve it upon Defendants. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 16.

**IT IS SO ORDERED.**

Dated: 7/27/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge