UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>Plaintiff,<br><br>v.<br><br>BRUMFIELD, et al.,<br><br>Defendants. | Case No. 21-cv-06802-HSG<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 19 |

Plaintiff has requested a third extension of time to file his opposition to Defendants' dispositive motion, stating that his ability to prepare his opposition has been hampered by the COVID restrictions at his facility and because he can only access legal resources through the paging systems. Dkt. No. 19. Plaintiff's opposition was originally due June 16, 2022, and Plaintiff has already received an extension of nearly four months to prepare his opposition. The Court GRANTS Plaintiff a final extension of time to prepare his opposition. By November 7, 2022, Plaintiff shall file with the Court and serve upon Defendants his opposition to the dispositive motion. Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion. **No further extensions of time to file the opposition will be granted.**

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 10/13/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge