UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BARRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>BRUMFIELD, et al.,<br><br>  Defendants. | Case No. 21-cv-06802-HSG<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 27 |

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2023, the parties filed a stipulated dismissal of the entire case pursuant to Fed. R. Civ. P. 41(a)(1), which states as follows:

> Plaintiff Joseph Anthony Barrett and Defendants M. McLean, A, Ramirez, S. Robinson, S. Faaita, S. Adamik, and J. Del Rosario have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

Dkt. No. 27. The stipulation is signed by both Plaintiff and counsel for Defendants. *Id.* Accordingly, IT IS HEREBY ORDERED THAT this entire action, and defendants M. McLean, A, Ramirez, S. Robinson, S. Faaita, S. Adamik, and J. Del Rosario are DISMISSED WITH PREJUDICE. This case was previously administratively closed on March 6, 2023. Dkt. No. 24. The Clerk is directed to re-open this case, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: 6/8/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge